UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 1969 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>                            )  <br>              Plaintiff,     )  <br>                            )  <br>       v.                   )  <br>                            )  <br> CHRISTOPHER SAINT-LUCERO (1),)  <br> MANLEY LAMONT SMITH (2),    )  <br>                            )  <br>              Defendants.   )  <br> _____) | Criminal Case No. _____  <br>  <br> I N D I C T M E N T  <br>  <br> Title 8, U.S.C.,  <br> Secs. 1324(a)(1)(A)(ii),  <br> (a)(1)(B)(i), and (v)(II) -  <br> Transportation of Illegal Aliens  <br> for Financial Gain and Aiding and  <br> Abetting |

The grand jury charges:

On or about June 1, 2008, within the Southern District of California, defendants CHRISTOPHER SAINT-LUCERO and MANLEY LAMONT SMITH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, William Edgardo Romero-Estrada, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States for financial gain in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(B)(i), and (v)(II).

DATED: June 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

WMC:fer:San Diego
6/12/08