**FILED**
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LEO S. PAPAS)

08cr1969

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08mj1744 (LSP) |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MANLEY SMITH (2), | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

Adriana Martinez be removed as a surety in this matter and be replaced with the new surety - Neyson Gomez.

**SO ORDERED.**

DATED: 6/16/08

HONORABLE LEO S. PAPAS
United States Magistrate Judge