```
 1 | JASON I. SER
   | California State Bar Number 201816
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, California 92101-5008
   | Telephone: (619) 234-8467
 4 | E-mail: jason_ser@fd.org
 5 | Attorneys for Mr. Smith
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) Case No. 08cr1969-JM |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| MANLEY SMITH (2), | ) **ACKNOWLEDGMENT OF NEXT** |
| | ) **COURT DATE BY MANLEY SMITH** |
| Defendant. | ) |

I, Manley Smith, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is July 25, 2008, at 11:00 a.m., before the Honorable Jeffrey T. Miller.

I declare that the foregoing is true and correct.

DATED: 6/26/08

_____
MANLEY SMITH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 08CR1969-JM |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| MANLEY SMITH (2), ) | |
| ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Acknowledgment of Next Court Date has been electronically served this day upon:

> W. Mark Conover
> Assistant U.S. Attorney
> 880 Front Street
> San Diego, CA  92101

Dated:  June 26, 2008               /s/ Jason I. Ser
                                    JASON I. SER
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    jason_ser@fd.org