**JASON I. SER**
California State Bar No. 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
jason_ser@fd.org

Attorneys for Mr. Smith

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr1969-JM |
| Plaintiff, | Date: July 25, 2008<br>Time: 11:00 a.m. |
| v. | |
| MANLEY SMITH (2), | MOTION FOR ORDER<br>TO SHORTEN TIME |
| Defendant. | |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY; AND
      MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file his *MOTIONS TO:*

   *(1) PRESERVE AND INSPECT EVIDENCE;*

   *(2) COMPEL DISCOVERY;*

   *(3) COMPEL NOTICE PURSUANT TO FED. R. CRIM. P. 12(b)(4)(B); AND,*

   *(4) GRANT LEAVE TO FILE FURTHER MOTIONS*,

to eleven (11) days, to be heard Friday, July 25, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

1 | Defense counsel was out of the district for two and a half weeks on vacation and did not return until
2 | July 12, 2008.

3 | Respectfully submitted,

4 | DATED: July 14, 2008

 /s/ Jason I. Ser
JASON I. SER
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Smith
E-mail: jason_ser@fd.org

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                          Plaintiff,            )<br>v.                                                        )<br>                                                              )<br>MANLEY SMITH (2),                           )<br>                                                              )<br>                          Defendant.        )<br>_____) | Case No. 08CR1969-JM<br><br>CERTIFICATE OF SERVICE |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion to Shorten Time has been electronically served this day upon:

    W. Mark Conover
    Assistant U.S. Attorney
    880 Front Street
    San Diego, CA  92101


Dated:  July 14, 2008            /s/ Jason I. Ser
                      JASON I. SER
                      Federal Defenders
                      225 Broadway, Suite 900
                      San Diego, CA 92101-5030
                      (619) 234-8467  (tel)
                      (619) 687-2666  (fax)
                      jason_ser@fd.org