1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1969-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | <u>TO SHORTEN TIME</u> |
| MANLEY SMITH (2), | ) | |
| Defendant. | ) | |

    Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that time for filing ***DEFENDANT'S MOTIONS*** be shortened to eleven (11) days.  This document is accepted and filed as of July 15, 2008.

    **SO ORDERED.**

DATED: July 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge