UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Christopher Saint-Lucero<br>et al.<br>Defendant(s) | 08CR1969 JM<br><br>CRIMINAL NO. _____<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

William Edgardo Romero Estrada

DATED: 7/14/08

LEO S. PAPAS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

ORJ. PARIS

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk