UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08cr1969-JM |
| Plaintiff, | |
| v. | ORDER |
| MANLEY SMITH (2), | |
| Defendant. | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

1. Defense counsel and/or their investigators be granted access to the location where the alleged offense took place (under supervision/escorted if necessary), i.e., Chula Vista Border Patrol compound, the vehicles involved and other case-related evidence for the purposes of investigation, including inspection, and photographing

///

///

///

///

///

2. The government preserve the following evidence during the pendency of this case: (1) the defendant's personal effects; (2) personal effects belonging to any of the material witnesses related to this case, including any papers and telephones; (3) the vehicle(s) allegedly involved; (4) any videotapes capturing Mr. Smith or any third party in relation to this case, including any surveillance footage; (5) any recorded communications made by government or non-government officials related to the above captioned case, e.g., surveillance recordings, Wackenhut radio communications, or 911/dispatch tapes; and, (6) any other evidence seized from the defendant or any third party in relation to this case.

3. Further, it is ordered that all government agencies and private contractors having custody of evidence be notified of this preservation order.

**SO ORDERED.**

DATED:  August 4, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge