1  **JASON I. SER**
   California State Bar Number 201816
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  E-mail:  jason_ser@fd.org

5  Attorneys for Mr. Smith

6

7

8                           UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE JEFFREY T. MILLER)**

11  UNITED STATES OF AMERICA,              )    Case No.:  08cr1969-JM
                                           )
12              Plaintiff,                 )    Date:  September 12, 2008
                                           )    Time: 1:30 p.m.
13  v.                                     )
                                           )    **DECLARATION OF MANLEY**
14  MANLEY SMITH (2),                      )    **SMITH IN SUPPORT OF MOTIONS**
                                           )    **TO SUPPRESS**
15              Defendant.                 )
                                           )
16  _____)

17  I, Manley Smith, declare:

18          1.      I am the defendant in the above-captioned case and make this declaration in

19  support of a motion filed by my attorney.

20          2.      I was arrested on June 1, 2008 at my office by several Border Patrol agents.

21          3.      Upon entering the offices and while arresting me, I could see that each of the

22  officers held a firearm in one hand, with the weapon at their side pointing downward toward the ground.

23          4.      One agent yelled at me not to move in a loud voice.

24          5.      Agents grabbed me and pushed me face down on the desk.

25          6.      I could feel hands on the back of my neck and back.

26          7.      The agents yanked my arms strongly behind my back when handcuffs were put in

27  place.

28

8.    I was taken to another building on the Border Patrol grounds by the same three officers, in handcuffs.

9.    I was left handcuffed alone in a small room for approximately 40 minutes, after which time I was taken to another small room where my handcuffs were changed and I was re-handcuffed to a cinder-block on the floor.

10.    I remained handcuffed to the cinder-block in that room through and until I was questioned by two agents on videotape, which my attorney informed me began at approximately 5:47 p.m.

11.    Prior to that questioning, and while handcuffed to the cinder-block, the undercover agent in the case entered the room three to four times and each time asked me if I was ready to tell the truth, ordered me to state what was going on and to admit I was a part of it.

12.    Nobody else was present in the room with me and the undercover agent.

13.    During the undercover agent's last two trips into the room, and in response to the undercover agent's statements and questions regarding the events at the Border Patrol compound earlier that day, I made statements.

14.    I was never given any <u>Miranda</u> warnings before making any statements to the undercover agent.

15.    I served in the Marine Corps from 1987, upon my enlistment, through 1996, when I was honorably discharged.

I declare under penalty of perjury that the foregoing is true and correct, executed on September 8, 2008, in San Diego, California.

MANLEY SMITH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. 08CR1969-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| MANLEY SMITH (2), | ) ) | |
| Defendant. | ) ) | |
| | ) | |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the Defendant's Declaration in Support of

Motions to Suppress has been electronically served this day upon:

    W. Mark Conover
    Assistant U.S. Attorney
    880 Front Street
    San Diego, CA  92101

Dated:  September 8, 2008          */s/  Jason  I.  Ser*
               JASON I. SER
               Federal Defenders
               225 Broadway, Suite 900
               San Diego, CA 92101-5030
               (619) 234-8467  (tel)
               (619) 687-2666  (fax)
               jason_ser@fd.org